ACCEPTED
12-15-00030-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/20/2015 4:20:06 PM
CATHY LUSK
CLERK



# The Law Office of G. J. Smith, Sr., PLLC.
### *Attorney & Counselor at Law*

**P.O. Box 200395**
**Arlington, Texas 76006**

*Writer's Direct Number:* (817) 635-3100
*Facsimile:* (817) 635-3104
*Email:* attorney@gjsmithlaw.com
www.gjsmithlaw.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/20/2015 4:20:06 PM
CATHY S. LUSK
Clerk

March 20, 2015

**Via *E-File***
Cathy Rusk,
Texas Judicial Branch
Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler, TX 75702

     Re:    *Zelda Robinson- Lewis v. The State of Texas*, Appeal No. 12-15-00030-CR, Trial Court No. 14CR157

Dear Court Clerk:

     In accordance with Rule 48.4, I certify that on March 20, 2015, I sent a copy of this Court's Opinion to Mrs. Zelda Robinson - Lewis at her last known address. That letter also advised Ms. Robinson-Lewis of her right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail, return receipt requested.

     I am also enclosing a copy of this letter which I would like file-marked and returned to me. If you have any questions, please feel free to contact me.

                     /s/Gerald J. Smith, Sr.,
                     Gerald J. Smith, Sr.
                     State Bar No. 24039316

Enclosure: as stated



# The Law Office Of G. J. Smith, Sr., PLLC.

*Attorney & Counselor At Law*

P. O. Box 200395
Arlington, Texas 76006

*Writer's Direct Number:* (817) 635-3100
*Facsimile:* (817) 635-3104
*Email:* attorney@gjsmithlaw.com
www.gjsmithlaw.com

Date of notice:     March 20, 2015

**VIA CMRRR and US Postage, 1ˢᵗ Class**

Zelda Robinson Lewis
P. O. Box 721
Grapeland,
Texas 75844

RE:    Twelfth Court of Appeals; Appellant Docket No. 12-15-00030-CR; *Zelda Robinson Lewis v. The State of Texas*, Trial Court No. 14CR157

Dear Ms. Lewis;

Enclosed is a copy of the opinion and judgment of the Court of Appeals in your case, in which the court determined that because your notice of appeal was not timely filed within the time allowed by Tex. R. App. P. 26.2, the Court does not have jurisdiction. Please take notice that you have a right to file a "pro se" petition for discretionary review with the Texas Court of Criminal Appeals under Rule 68 of the Texas Rules of Appellate Procedure. This means that you may represent yourself in filing a petition for discretionary review with the Court of Criminal Appeals.

If you choose to file a pro se petition for discretionary review with the Court of Criminal Appeals, you must file the petition within 30 days after either the day the court of appeals' judgment was rendered or on the day the last timely motion for rehearing is overruled by the court of appeals. The Court of Criminal Appeals may extend the time to file a petition for discretionary review if you, as a party, file a motion for extension of time within 15 days after the last day for filing the petition.

To file the petition, you must send the original and 11 copies of the petition to the clerk of the court of appeals at the following address: Ms. Katrina McClenny, Chief Deputy Clerk, 1517 West Front Street, Ste.354, Tyler, TX 75702

The petition must not be longer than 15 pages, excluding the table of contents, and must contain the following items:

(1) Table of Contents: A table of contents referring to the pages of the petition where they appear, and indicating the subject matter of each ground or question presented for review.

(2) Index of Authorities: An index of authorities (e.g., cases, statutes, court rules) cited in the petition in alphabetical order, indicating the pages of the petition where the authorities are cited.

(3) Statement Regarding Oral Argument: A short statement of why oral argument would be helpful, or a statement that you waive oral argument.

(4) Statement of the Case: A brief statement of the nature of the case, which should not exceed half a page.

(5) Statement of Procedural History: A statement including (a) the date any opinion of the court of appeals was handed down, or any order of the court of appeals disposing of the case without an opinion; (b) the date any motion for rehearing was filed, or a statement that none was filed; and (c) the date the motion for rehearing was overruled or otherwise disposed of.

(6) Grounds for Review: A brief statement, without argument, of the grounds on which the petition is based. The grounds must be separately numbered. If you have access to the record of the case at trial, you must include a reference to the page of the record where the matter complained of is found after each ground.

(7) Argument: A direct and concise statement of your argument, with supporting authorities, amplifying the reasons the Court of Criminal Appeals should grant review. The court of appeals opinion will be considered with the petition. Statements in the court of appeals opinion need not be repeated if you accept them as correct.

(8) Prayer for Relief: A clear statement of the nature of the relief you seek.

(9) Appendix: A copy of any court of appeals opinion.

Sincerely,

Gerald J. Smith, Sr.
attorney@gjsmithlaw.com

Attach.1/   Court of appeals opinion and judgment

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the Appellant at Zelda Robinson Lewis, P. O. Box 721, Grapeland, Texas 75844, County, Texas on the 20 day of March, 2015 by U.S. Mail and CMRRR.

_____
Gerald J. Smith, Sr.